IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUSTAVO ZAVALA,

          Petitioner,                   No. CIV S-09-0775 DAD P

    vs.

JAMES A. YATES, Warden,

          Respondent.             ORDER

_____/

          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

          Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's application.

          In accordance with the above, IT IS HEREBY ORDERED that:

          1. Petitioner's March 19, 2009 application to proceed in forma pauperis (Doc. No. 2) is denied as moot;

          2. Respondent is directed to file a response to petitioner's application within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall

/////

1

1   be accompanied by any and all transcripts or other documents relevant to the determination of the

2   issues presented in the application. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

3         3. Petitioner's reply, if any, shall be filed and served within thirty days of service

4   of an answer;

5         4. If the response to petitioner's application is a motion, petitioner's opposition or

6   statement of non-opposition shall be filed and served within thirty days of service of the motion,

7   and respondents' reply, if any, shall be filed within fifteen days thereafter; and

8         5. The Clerk of the Court shall serve a copy of this order, a copy of the petition

9   for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a copy of the form regarding consent

10   or request for reassignment on Michael Patrick Farrell, Senior Assistant Attorney General.

11   DATED: March 27, 2009.

13   _____

     DALE A. DROZD

14   UNITED STATES MAGISTRATE JUDGE

15   DAD:9
     zava0775.100f